STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff VALERIE KIMBROUGH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE KIMBROUGH,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 1:14-cv-01621-GSA<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Valerie Kimbrough ("Plaintiff") and defendant Carolyn Colvin, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for plaintiff to prepare and deliver his written settlement proposal to May 1, 2015; and all other scheduling dates set forth in the October 17, 2014 Case Management Order are extended accordingly.

-1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: April 23, 2015            Respectfully submitted,

                                    LAW OFFICES OF LAWRENCE D. ROHLFING

                              BY:  */s/ Steven Rosales*
                                    Steven G. Rosales
                                    Attorney for VALERIE KIMBROUGH

DATE: April 23, 2015,          BENJAMIN WAGNER
                                    United States Attorney
                                    Donna L. Calvert
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                               BY: /s/ *Sundeep Patel*
                                  *Sundeep Patel*
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  [*By email authorization]

**Order**

Based on the stipulation between the parties, Plaintiff may have an extension of time, to and including May 1, 2015, for Plaintiff to prepare and deliver her written settlement proposal; and all other scheduling dates set forth in the October 17, 2014 Case Management Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: **April 27, 2015**     /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE