Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff VALERIE KIMBROUGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE KIMBROUGH, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 1:14-cv-01621-GSA <br><br> STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER <br><br> (ECF No. 12) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Valerie Kimbrough ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to modify the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to July 9, 2015; and that Defendant shall have until August 10, 2015, to file his opposition. Any reply by plaintiff will continue to be due August 19, 2015.

.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel notes that the modified briefing schedule continues to require any reply brief to be filed by the same August 19, 2015 date as previously set by this Court. Consequently, the modification results in a reduction of time for Counsel to prepare any reply and does not extend the time for this matter to be submitted to the Court for decision. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 9, 2015

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff VALERIE KIMBROUGH

DATED:  July 9, 2015

BENJAMIN WAGNER
United States Attorney


*/S/- Sundeep Patel

_____
Sundeep Patel
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Based on the above stipulation, Plaintiff may have an extension of time to file her Opening Brief. Plaintiff's Opening Brief, which was filed on July 9, 2015, is deemed timely filed. Defendant shall file her Opposition Brief no later than August 10, 2015. Any reply by Plaintiff will continue to be due August 19, 2015.

IT IS SO ORDERED.

Dated: **July 10, 2015**             /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE